# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

v.                                                    CASE NO. 4:13-cr-106-MW/CAS

**RITCHIE CLIFF KELLY,**

    **Defendant.**

_____/

## ORDER GRANTING ENLARGEMENT OF TIME TO FILE OBJECTIONS

This Court has considered, without hearing, Defendant's unopposed Motion for Enlargement of Time to File Objections to Draft Presentence Report, ECF No. 22, filed March 11, 2014. The motion is **GRANTED.** Defendant shall file his objections on or before **March 27, 2014.**

SO ORDERED on March 11, 2014.

                                                    **s/Mark E. Walker**
                                                  **United States District Judge**